PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Apr 12, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           v.<br><br>DEVLIN HOSNER and<br>HOLLY ADAMS,<br><br>                    Defendants. | CASE NO. 2:22-MJ-00052-CKD<br><br>ORDER UNSEALING CRIMINAL COMPLAINT |

The United States filed a request to unseal the file in the above-captioned case. For the reasons set forth in that request, the Court hereby ORDERS that the docket in the above-captioned case shall be unsealed.

IT IS SO ORDERED this 12th day of April, 2022.April 12, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE